WILHELMINA SCHIPPERS, executrix, respondent,

*v.*

RHEINHOLD H. KEMPHES, appellant.

[Submitted March 26th, 1907.   Decided June 17th, 1907.]

On appeal from a decree of the court of chancery, advised by Vice-Chancellor Stevenson, whose opinion is reported in *67 Atl. Rep. 1042.*

*Mr. Charles B. Dunn* and *Mr. Michael Dunn,* for the appellant.

*Mr. Robert E. Van Hovenberg,* for the respondent.

PER CURIAM.

The decree appealed from is affirmed, for the reasons stated by Vice-Chancellor Stevenson in the opinion delivered by him in the court below.

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, FORT, HENDRICKSON, PITNEY, SWAYZE, REED, TRENCHARD, BOGERT, VREDENBURGH, VROOM, GREEN, GRAY, DILL—14.

*For reversal*—None.